■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER MARSHALL, Appellant.—Judgment unanimously affirmed *(see, People v Schultz,* 149 AD2d 919). (Appeal from judgment of Erie County Court, Wolfgang, J.—burglary, second degree; petit larceny.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ CHRISTINE BROWN et al., as Coexecutors of BRUCE BROWN, Deceased, Appellants, v DATAW ISLAND REALTY, INC., Respondent.—Judgment unanimously affirmed without costs. Memorandum: The court did not abuse its discretion in granting defendant's motion to dismiss the complaint on the ground of forum non conveniens (CPLR 327 [a]; *Islamic Republic v Pahlavi,* 62 NY2d 474, 479, *cert denied* 469 US 1108; *Silver v Great Am. Ins. Co.,* 29 NY2d 356, 361). The cause of action arose in South Carolina, defendant is amenable to suit in that forum, and both the contract and choice of law principles compel the application of South Carolina law *(see, Islamic Republic v Pahlavi, supra).* We express no opinion on the merits of the parties' cross motions for summary judgment. (Appeal from judgment of Supreme Court, Ontario County, Reed, J.—dismiss complaint.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS DAVIS-IVERY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, D'Amico, J.—attempted robbery, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY ELLISON, Appellant.—Judgment unanimously modified on the law by vacating the conviction for petit larceny and the sentence imposed thereon for reasons stated in *People v McTyere* (90 AD2d 987) and as modified affirmed. (Appeal from judgment of Niagara County Court, Hannigan, J.—robbery, second degree; petit larceny.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.